UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DOMINQUE CARLTON, | No. 2:14-cv-2756 CKD P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondents. | |

On January 21, 2015, the court ordered petitioner to file a petition for writ of habeas corpus by February 23, 2015 and was warned that failure to file a petition for writ of habeas corpus by that date would result in this case being closed. Petitioner has not filed a petition for writ of habeas corpus. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this action.[1]

Dated: March 9, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
carl2765.clo

---

[1] Petitioner has consented to have all matters in this case before a United States Magistrate Judge. See 28 U.S.C. 636(c).